| **Fill in this information to identify your case:** |
| --- |
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Farway Marina Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
11-3360225

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| 341 Beach 84th Street and 2 Beach 85th Street Far Rockaway, NY 11693 | 3625 Folsom Street San Francisco, CA 94110 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Queens** County | **Location of principal assets, if different from principal place of business** Lot 17- 2 Beach 85th Street; Lot 15- Beach 85th Street; Lot 45-Beach 84th Street; Lot 51- 341 Beach 84th Street Far Rockaway, NY 11693 |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Farway Marina Inc.**  Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __5313__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Farway Marina Inc.** Case number (*if known*)
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☒ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  **Farway Marina Inc.**  Case number (*if known*) _____
　　　　Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 1-23-41446-jmm   Doc 1   Filed 04/27/23   Entered 04/27/23 09:35:20

Debtor **Farway Marina Inc.**
Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 26, 2023**
MM / DD / YYYY

**X** /s/ Julie Glantz
Signature of authorized representative of debtor

**Julie Glantz**
Printed name

Title **President, Rainy Day Dream Company**

**18. Signature of attorney**

**X** /s/ LORI A. SCHWARTZ
Signature of attorney for debtor

Date **April 26, 2023**
MM / DD / YYYY

**LORI A. SCHWARTZ**
Printed name

**LEECH TISHMAN ROBINSON BROG, PLLC**
Firm name

**875 THIRD AVENUE**
**New York, NY 10022**
Number, Street, City, State & ZIP Code

Contact phone **(212) 603-6300**   Email address _____

_____
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

**United States Bankruptcy Court**
**Eastern District of New York**

In re **Farway Marina Inc.**  Case No.
Debtor(s)  Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **April 26, 2023**  **/s/ Julie Glantz**
**Julie Glantz/President, Rainy Day Dream Company**
Signer/Title

Date: **April 26, 2023**  **/s/ LORI A. SCHWARTZ**
Signature of Attorney
**LORI A. SCHWARTZ**
**LEECH TISHMAN ROBINSON BROG, PLLC**
**875 THIRD AVENUE**
**New York, NY 10022**
**(212) 603-6300**

Active Environmental Corp
Attn: Joel Leifer
1274-49th Street
Suite 245
Brooklyn, NY 11219


Anastasia I. Parsatoon
Land Surveying
1300 Jericho Turnpike
Suite 207
New Hyde Park, NY 11040


Archipro Group
Attn: Eugene Demin
280 Ocean Parkway Ste 6k
Brooklyn, NY 11218


Brandt, Steinberg, Lewis
& Blond LLP
1430 Broadway
Suite 601
New York, NY 10018


Brian E. Flynn, PE
78-66 79th Place
Ridgewood, NY 11385


Bronster LLP
156 West 56th Street
Suite 703
New York, NY 10019


CORP. COUNSEL FOR NYC
100 CHURCH STREET
New York, NY 10007


CRAIG MARINUCCI &
EBB-TIDE MARINA lNC.
c/o Jack L. Glaser Esq.
89-10 Sutphin Blvd.
Jamaica, NY 11435


Daniel J. Scher, Esq.
Scher & Scher, PLLC
55 Water Mill Lane, #400
P.O. Box 376
Great Neck, NY 11021

Dept. of Housing Pres.
and Development
100 Gold St., Sixth Fl
New York, NY 10038


INTERNAL REVENUE SERVICE
PO BOX 7346
Philadelphia, PA 19101-7346


J&G Construction Services
Attn: Moshe Leser
72-41 Burchell Ave.
Arverne, NY 11692


John D Dello Iacono
Della Iacono Law Group PC
312 Larkfield Road
East Northport, NY 11731


Julie Glantz
3625 Folsom Street
San Francisco, CA 94110


NY STATE DEPT. OF FINANCE
ATTN:  BANKRUPTCY SPECIAL
PO BOX 5300
Albany, NY 12205


NYC Department of Buildin
280 Broadway, 6th Floor
New York, NY 10007


NYC Department of Finance
PO Box 680
Newark, NJ 07101-0680


NYC DEPT. OF FINANCE
375 Pearl Street, 30th Fl
ATTN:  LEGAL AFFAIRS
New York, NY 10038


NYC LAW DEPARTMENT
TAX AND BANKRUPTCY LITIGATION
100 CHURCH STREET
New York, NY 10007


NYCTL 1998-2 Trust
PO Box 223069
500 Ross Street 154-0455
Pittsburgh, PA 15251-6156


NYCTL 1998-2 Trust
PO Box 223069
500 Ross Street 154-0455
Pittsburgh, PA 15251-2382


NYCTL 1998-2 Trust
PO Box 223069
500 Ross Street 154-0455
Pittsburgh, PA 15251-2069


NYCTL 2021-A Trust
c/o Tower Capital
Management, LLC
PO Box 399
Morristown, NJ 07963-3990


NYCTL 2021-A Trust Tower
Capital
PO Box 360275
500 Ross Street 154-0455
Pittsburgh, PA 15251-6275


OFFICE OF THE NY State
Attorney General
28 Liberty St.
New York, NY 10005


Premier Accounting & Fina
Attn: Rochelle B. Conroy
15243 La Cruz Drive
#321
Pacific Palisades, CA 90272


Property Sales & Investme
Attn: Susan Fredel
411 N. New River Dr.
East #2805
Fort Lauderdale, FL 33301


Rainy Day Dream Company
3625 Folsom Street
San Francisco, CA 94110

REM Holdings
631 Wyndham Road
Teaneck, NJ 07666


RIG Kingland Services
Attn: Aron Tyraneur
3611 14th Ave
Suite 209A
Brooklyn, NY 11218


THE CITY OF NEW YORK
Department of Finance
59 Maiden Lane
New York, NY 10038


Tower Capital Mgmt, LLC
Attn: NYCTL 2021-A Trust
Tower Cap. - Forbearance
PO Box 399
Morristown, NJ 07963-0399


US ATTY OFFICE - EDNY
BANKRUPTCY PROCESSING
271-A CADMAN PLAZA EAST
Attn: Sean Greene-Delgado
Brooklyn, NY 11201