UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
———————————————————X

In re:                                              Chapter 11

**FARWAY MARINA, INC.,**                           Case No.: []

                         Debtor.
———————————————————X

## **CERTIFICATION OF RESOLUTION**

I, the undersigned, Julie Glantz, president of Rainy Day Dream Co., owner of Farway Marina, Inc. ("Company"), do hereby certify that at a meeting of the Company duly called and held on **April 26, 2023**, the following resolutions were adopted and recorded in the Minute Book of the Company, and they have not been modified or rescinded, and are still in full force and effect:

> **"RESOLVED,** that in the judgment of the Company it is desirable and in the best interest of the Company, its creditors, partners and other interested parties, that a petition be filed by the Company for relief under Chapter 11 of title 11 of the United States Code ("Bankruptcy Code"); and it is further
>
> **"RESOLVED,** that the form of petition under Chapter 11 presented to this meeting is approved and adopted in all respects, and that Julie Glantz is authorized to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the Eastern District of New York at such time as he shall determine; and it is further
>
> **"RESOLVED,** that Julie Glantz is authorized to execute and file all petitions, reorganization schedules, lists and other papers and to take any and all other actions which he may deem necessary or proper in connection with such Chapter 11 case, and, in that connection, that Leech Tishman Robinson Brog, PLLC be retained and employed as legal

-1-

-2-

counsel for the Company, in addition to other professionals as may hereafter become necessary or proper with a view to the successful conclusion of such Chapter 11 case."

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this 26 day of **April, 2023**.

FARWAY MARINA, INC.

By: _____
Julie Glantz
President of Rainy Day Dream Co.